Anthony J. Nunes (SBN 290224)
Email: tony@nuneworkerrightslaw.com
**Nunes Worker Rights Law, APC**
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Telephone: 530-848-1515
Fax: 424-252-4301

Attorneys for Plaintiff
TORE WILLIS

Jeffrey M. Goldman (SBN 233840)
E-mail: jeffrey.goldman@troutman.com
**Troutman Pepper Hamilton Sanders LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: 914-567-3547
Fax: 949-863-0151

Attorneys for Defendant
HSC Solutions LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TORE WILLIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>HSC SOLUTIONS LLC, a California corporation, doing business as Herbi, and DOES 1-10,<br><br>                    Defendants. | Case No.  3:20-cv-06878-EMC<br><br>**JOINT STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(II)**<br><br>Date of Filing: October 5, 2020<br>Trial Date:      Not Set |

Plaintiff Tore Willis ("Plaintiff") and Defendants Defendant HSC Solutions LLC, ("Defendants") ("collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree, as follows:

WHEREAS, on October 5, 2020, Plaintiff Tore Willis filed a Complaint against Defendant HSC Solutions LLC;

WHEREAS, Defendant was served with the Complaint on October 20, 2020;

WHEREAS, Defendant's response to Plaintiff's Complaint was originally due on November 10, 2020;

WHEREAS, on November 6, 2020, the Parties stipulated to extend Defendant's time to file a responsive pleading to December 10, 2020;

WHEREAS, on December 7, 2020, the Parties stipulated to extend Defendant's time to file a responsive pleading to January 25, 2021;

WHEREAS, on January 19, 2021, the Parties stipulated to extend Defendant's time to file a responsive pleading to February 8, 2021;

WHEREAS, on February 4, 2021, the Parties stipulated to extend Defendant's time to file a responsive pleading to February 22, 2021;

WHEREAS, on February 22, 2021, the Parties stipulated to extend Defendant's time to file a responsive pleading to March 8, 2021;

WHEREAS, on March 7, 2021, the Parties stipulated to extend Defendant's time to file a responsive pleading to March 22, 2021;

WHEREAS, the Parties filed a Notice of Settlement on March 15, 2021;

WHEREAS, on March 22, 2021, the Parties stipulated to extend the deadline for Defendant's responsive pleading to April 22, 2021;

WHEREAS on April 21, 2021, the Parties stipulated to extend the deadline for Defendant's responsive pleading to May 21, 2021;

WHEREAS on May 21, 2021, the Parties stipulated to extend the deadline for Defendant's responsive pleading to June 3, 2021;

WHEREAS, on June 4, 2021, the Parties stipulated to extend the deadline for Defendant's responsive pleading to July 1, 2021;

WHEREAS, on June 30, 2021, the Parties stipulated to extend the deadline for Defendant's responsive pleading to July 30, 2021;

WHEREAS, in the interest of efficiency and economy, Plaintiff has reached a confidential settlement agreement with Defendant HSC Solutions LLC;

WHEREAS, the Parties' settlement agreement includes resolution of only Plaintiff's individual claims;

WHEREAS, no answer to the complaint has been filed in the action, no class has been certified in the action, no notice of the action has been sent to putative class members, and the Parties have agreed to the dismissal without prejudice of the class action suit as to the unnamed members of the putative class;

NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, as follows:

1) Pursuant to FRCP 41(a)(1)(A)(ii), this action shall be dismissed in its entirety <u>with prejudice</u> as to Plaintiff's individual claims;

2) This action shall be dismissed in its entirety <u>without prejudice</u> as to unnamed members of the putative class, including the Private Attorneys General Act claims, asserted by Plaintiff in her capacity as an aggrieved employee on behalf of herself and other current or former employees of Defendant; and

3) All parties are to bear their own attorneys' fees and costs with respect to the dismissal of the action.

IT IS SO STIPULATED.

Dated: August 2, 2021

*signature: Tony Nunes*

Anthony Nunes
Nunes Worker Rights Law, APC
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Telephone: (530) 848-1515
tony@nunesworkerrightslaw.com
*Attorneys for Plaintiff Tore Willis*

Dated: August 3, 2021

*signature: Jeffrey Goldman*

Jeffrey M. Goldman
TROUTMAN PEPPER HAMILTON SANDERS LLP
350 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9800
jeffrey.goldman@troutman.com
*Attorneys for Defendant HSC Solutions LLC*

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA